WILLIAMS *v.* THE STATE.

FISH, C. J. The evidence warranted the verdict; the court did not abuse its discretion in refusing a continuance; the alleged newly discovered evidence was impeaching in its nature; and there was no abuse of discretion in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur.*

APRIL 12, 1910.

Indictment for murder.   Before Judge Whipple.   Dooly superior court.   January 28, 1910.

*Watts Powell,* for plaintiff in error.   *John C. Hart, attorney-general,* and *Walter F. George, solicitor-general,* contra.